UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASCENCEA, L.L.C., successor in interest to Affiliated Mortgage Protection, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>RANDALL J. ZISOOK, et al.<br><br>Defendants. | Civ. No. 08-5339 (DRD)<br><br>**ORDER** |

This matter having come before the Court on Defendant Malcolm Browne's Motion for Summary Judgment on the Complaint of Plaintiff, Ascencea, L.L.C.; and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 29th day of October, 2010, hereby ORDERED that Defendant Browne's Motion for Summary Judgment is granted and Ascencea's claims against Browne will be dismissed with prejudice.

_____
DICKINSON R. DEBEVOISE, U.S.S.D.J.