UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASCENCEA, L.L.C., | |
| Plaintiff, | Civ. No. 08-5339 (DRD) |
| v. | **ORDER** |
| RANDALL J. ZISOOK, et al. | |
| Defendants. | |

This matter having come before the Court on Defendants Randal J. Zisook, Lori Zisook, People's Protection Group, Inc., United Home Protection, Inc., Maria Seifert, Eastern Seaboard, Inc., Daniel Zaborowski, and Michael Wsol's Motion for Summary Judgment on the Complaint of Plaintiff, Ascencea, L.L.C.; and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 5th day of April, 2010, hereby ORDERED that Defendant's Motion is GRANTED.  Plaintiff's complaint is DISMISSED.


s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE, U.S.S.D.J.